1   McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2   David L. Emerzian, #222930
7647 North Fresno Street
3   Fresno, California 93720
Telephone:    (559) 433-1300
4   Facsimile:    (559) 433-2300

5   Attorneys for Defendants CASA CORONA
FOODS, INC. dba CASA CORONA; CASA
6   FOODS INCORPORATION dba CASA
CORONA
7

8                  UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11   JOSE ESCOBEDO,                          Case No. 1:24-cv-00590-KES-SKO

12              Plaintiff,                   **STIPULATION FOR EXTENSION OF
                                             TIME TO RESPOND TO COMPLAINT;**
13         v.                                **ORDER**

14   CASA CORONA FOODS, INC. dba CASA        **(Doc. 12)**
     CORONA; CASA FOODS
15   INCORPORATION dba CASA CORONA;          Eastern District Local Rule 144(a)
     CEDAR POINTE INVESTORS, LP,
16
                Defendant.
17

18         **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by

19   and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local

20   Rule 144(a), Defendants CASA CORONA FOODS, INC. dba CASA CORONA; CASA FOODS

21   INCORPORATION dba CASA CORONA (collectively referred to as "Defendants"), shall have an

22   extension of time, to and including July 9, 2024, to respond to Plaintiff's Complaint.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER

1    This extension is Defendants' second extension and does not alter the date of any event or

2    any deadline already fixed by Court order.

3

4    Dated:  June 25, 2024                          McCORMICK, BARSTOW, SHEPPARD,
                                                          WAYTE & CARRUTH LLP
5

6
                                              By:            */s/ David L. Emerzian*
7                                                          David L. Emerzian
                                              Attorneys for Defendants CASA CORONA FOODS,
8                                                 INC. dba CASA CORONA; CASA FOODS
                                                  INCORPORATION dba CASA CORONA
9

10
     Dated:  :  June 25, 2024                          MOORE LAW FIRM, P.C.
11

12

13                                            By:           */s/ Tanya E. Moore*
                                                          Tanya E. Moore
14                                            Attorneys for Plaintiff JOSE ESCOBEDO

15

16
                                **SIGNATURE ATTESTATION**
17
         I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted,
18
     concur in its contents and have authorized this filing.
19
                                             */s/ David L. Emerzian*
20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER

1

**ORDER**

2      In consideration of the Stipulation of the parties (Doc. 12) and good cause appearing

3    therefor,

4      **IT IS SO ORDERED** that Defendants shall file and serve a response to Plaintiff's

5    Complaint on or before July 9, 2024.

6

7    IT IS SO ORDERED.

8    Dated:   **June 27, 2024**                              /s/ *Sheila K. Oberto*

9                                                   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER