McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
David L. Emerzian, #222930
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants CASA CORONA FOODS, INC. dba CASA CORONA; CASA FOODS INCORPORATION dba CASA CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>            Plaintiff,<br><br>       v.<br><br>CASA CORONA FOODS, INC. dba CASA CORONA; CASA FOODS INCORPORATION dba CASA CORONA; CEDAR POINTE INVESTORS, LP,<br><br>            Defendant. | Case No. 1:24-cv-00590-KES-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Eastern District Local Rule 144(a) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a), Defendants CASA CORONA FOODS, INC. dba CASA CORONA; CASA FOODS INCORPORATION dba CASA CORONA (collectively referred to as "Defendants"), shall have an extension of time, to and including August 2, 2024, to respond to Plaintiff's Complaint.

This extension is Defendants' third extension and does not alter the date of any event or any deadline already fixed by Court order.

Good cause for such extension exists as the parties are engaged in settlement discussions.

Dated:  July 19, 2024                                      McCORMICK, BARSTOW, SHEPPARD,
                                                                             WAYTE & CARRUTH LLP


                                                           By:       */s/ David L. Emerzian*
                                                                      David L. Emerzian
                                                            Attorneys for Defendants CASA CORONA FOODS,
                                                             INC. dba CASA CORONA; CASA FOODS
                                                             INCORPORATION dba CASA CORONA


Dated:  : July 19, 2024                                    MOORE LAW FIRM, P.C.


                                                           By:       */s/ Tanya E. Moore*
                                                                      Tanya E. Moore
                                                            Attorneys for Plaintiff JOSE ESCOBEDO


### **ORDER**

In consideration of the Stipulation of the parties (Doc. 14) and good cause appearing therefor, **IT IS SO ORDERED** that Defendants shall file and serve a response to Plaintiff's Complaint on or before August 2, 2024.

IT IS SO ORDERED.

Dated:  **July 22, 2024**                                  */s/ Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE