**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CASA CORONA FOODS, INC. dba Casa Corona, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00590-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DECLINING SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS<br><br>(Doc. 11) |

Plaintiff Jose Escobedo seeks to hold the defendants liable for violations of Title III of the Americans with Disabilities Act, California's Unruh Act, and California Health and Safety Code §§ 19955 and 19959. *See* Doc. 1. The assigned magistrate judge issued findings and recommendations on June 11, 2024, recommending that the court decline to exercise supplemental jurisdiction over Plaintiff's state law claims, and that it dismiss them without prejudice pursuant to 28 U.S.C. § 1367(c)(4). Doc. 11.

The findings and recommendations were served on June 11, 2024, and provided notice that any objections were due within 14 days of the date of service. Doc. 11 at 7. Plaintiff was informed that the "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). No objections were filed, and the time to do so has passed. *See* Docket.

Pursuant to 28 U.S.C. § 636(b)(1), the court conducted a *de novo* review of the case.

Having carefully reviewed the entire matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  Accordingly, the court **ORDERS**:

1. The findings and recommendations issued on June 11, 2024, Doc. 11, are **ADOPTED** in full.
2. The Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's claims arising under California's Unruh Act and Cal. Health & Safety Code §§ 19955 and 19959.
3. Plaintiff's claims for violations of the Unruh Act and Cal. Health & Safety Code §§ 19955 and 19959 are **DISMISSED** without prejudice.
4. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  July 31, 2024

UNITED STATES DISTRICT JUDGE

2