Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | Case No. 1:24-cv-00590-SKO |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |
| vs. | |
| CASA CORONA FOODS, INC dba CASA CORONA, et al., | **(Doc. 27)** |
| Defendants. | |

**WHEREAS**, Plaintiff, Jose Escobedo ("Plaintiff"), seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified during the pendency of this action;

**WHEREAS**, the Ninth Circuit both urges and requires Plaintiff to identify in his complaint all barriers which relate to his disability (Chapman v. Pier 1 Imports (U.S.) Inc., 631 F.3d 939, 944 (9th Cir. 2011); Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011));

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice the defendants, nor does the amendment in any way change the nature of the action; and

1     **WHEREAS**, this amendment would not alter any dates or deadlines set by the Court;

2     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and

3 Defendants Casa Corona Foods, Inc, Casa Foods Incorporation, or Cedar Pointe Investors, LP,

4 the parties to this Action, through their respective attorneys of record, that Plaintiff may file a

5 First Amended Complaint, a copy of which is attached hereto as Exhibit "A" with redlines

6 showing the changes from the original Complaint.

7     **IT IS FURTHER STIPULATED** that Plaintiff shall file his First Amended Complaint

8 within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's

9 response thereto shall be due as required by the Federal Rules of Civil Procedure.

10     **IT IS SO STIPULATED.**

11 Dated: December 2, 2024      MOORE LAW FIRM, P.C.

13      */s/ Tanya E. Moore*
Tanya E. Moore
14      Attorney for Plaintiff,
Jose Escobedo

16 Dated: December 4, 2024      McCORMICK, BARSTOW,
SHEPPARD, WAYTE & CARRUTH
17      LLP

18      */s/ David L. Emerzian*
19      David L. Emerzian
Attorneys for Defendants,
20      Casa Corona Foods, Inc. dba Casa Corona
and Casa Foods Incorporation dba Casa
21      Corona

22 Dated: December 4, 2024      REDEN | RIDDELL

24      */s/ Justin G. Reden*
Justin G. Reden
25      Stepheney R. Windsor
Attorneys for Defendant,
26      Cedar Pointe Investors, LP

**ORDER**

The Parties having so stipulated (Doc. 27) and good cause appearing (*see* Fed. R. Civ. P. 15(a)),

**IT IS HEREBY ORDERED** that Plaintiff may file his First Amended Complaint, a redlined copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **December 9, 2024**                         */s/ Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE