Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | Case No. 1:24-cv-00590-SKO |
| Plaintiff, | **STIPULATION REGARDING DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER** |
| vs. | |
| CASA CORONA FOODS, INC dba CASA CORONA, et al., | (Doc. 31) |
| Defendants. | |

1  **IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Escobedo ("Plaintiff"), and Defendants Casa Corona Foods, Inc, Casa Foods Incorporation, and Cedar Pointe Investors, LP ("Defendants"), the parties to this Action, through their respective attorneys of record, that Defendants' Answers to Plaintiff's Complaint (Dkt. 16 and 18), filed on July 23, 2024 and August 9, 2024, respectively, shall be deemed as responsive to Plaintiff's First Amended Complaint which was subsequently filed in this action on December 11, 2024 (Dkt. 29). Good cause exists in the interests of economy and in that Plaintiff's amendment did not substantially alter the nature of the claims and defenses pled herein.

**IT IS SO STIPULATED.**

Dated: January 22, 2025                                    MOORE LAW FIRM, P.C.

                                                                                     */s/ Tanya E. Moore*
                                                                                     Tanya E. Moore
                                                                                     Attorney for Plaintiff,
                                                                                     Jose Escobedo

Dated: March 10, 2025                                     McCORMICK, BARSTOW,
                                                                                     SHEPPARD, WAYTE & CARRUTH
                                                                                     LLP

                                                                                     */s/ David L. Emerzian*
                                                                                     David L. Emerzian
                                                                                     Attorneys for Defendants,
                                                                                     Casa Corona Foods, Inc. dba Casa Corona
                                                                                     and Casa Foods Incorporation dba Casa
                                                                                     Corona

Dated: January 29, 2025                                   REDEN | RIDDELL

                                                                                     */s/ Justin G. Reden*
                                                                                     Justin G. Reden
                                                                                     Attorneys for Defendant,
                                                                                     Cedar Pointe Investors, LP

**ORDER**

The Parties having so stipulated (Doc. 31) and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Answers to Plaintiff's Complaint (Docs. 16 and 18), filed on July 23, 2024 and August 9, 2024, respectively, shall be deemed as responsive to Plaintiff's First Amended Complaint which was subsequently filed in this action on December 11, 2024 (Doc. 29).

IT IS SO ORDERED.

Dated:   **March 11, 2025**                              /s/ *Sheila K. Oberto*
                                                                                          UNITED STATES MAGISTRATE JUDGE