1  Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   1900 Camden Avenue, Suite 101
3  San Jose, California 95124
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   E-mail: service@moorelawfirm.com
5
6  Attorney for Plaintiff,
   Jose Escobedo
7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10
                                              )
11 JOSE ESCOBEDO,                             )  Case No. 1:24-cv-00590-SKO
                                              )
12          Plaintiff,                        )  **STIPULATED REQUEST FOR**
                                              )  **MODIFICATION OF SCHEDULING**
13      vs.                                   )  **ORDER; ORDER**
                                              )
14                                            )
   CASA CORONA FOODS, INC dba CASA            )  (Doc. 32)
15 CORONA, et al.,                            )
                                              )
16          Defendants.                       )
17                                            )

18

19      Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff, Jose Escobedo
20 ("Plaintiff"), and Defendants Casa Corona Foods, Inc, Casa Foods Incorporation, and Cedar
21 Pointe Investors, LP ("Defendants"), the parties to this Action, through their respective attorneys
22 of record, hereby stipulate and jointly request modification of the Scheduling Order in this matter
23 issued on August 23, 2024 (Dkt. 26), such that the fact discovery cutoff be extended to March
24 21, 2025 for the sole purpose of taking the depositions of Defendants' persons most
25 knowledgeable.
26      The Parties stipulate that the depositions will take place on March 21, 2025 as follows:
27 Casa Corona Foods, Inc commencing at 9:00 a.m.; Casa Foods Incorporation commencing at
28 11:00 a.m., and Cedar Pointe Investors, LP commencing at 2:00 p.m.

Good cause exists for such modification, in that Defendants are not available on the originally noticed date of March 12, 2025, and the earliest mutually available date is March 21, 2025, which is after the current cutoff of March 14. This limited-purpose extension will not affect other deadlines set by the Scheduling Order.

**IT IS SO STIPULATED.**

Dated: March 5, 2025                                    MOORE LAW FIRM, P.C.

                                                                  */s/ Tanya E. Moore*
                                                                  Tanya E. Moore
                                                                  Attorney for Plaintiff,
                                                                  Jose Escobedo

Dated: March 10, 2025                                  McCORMICK, BARSTOW,
                                                                  SHEPPARD, WAYTE & CARRUTH LLP

                                                                 */s/ David L. Emerzian*
                                                                  David L. Emerzian
                                                                  Attorneys for Defendants,
                                                                  Casa Corona Foods, Inc. dba Casa Corona and Casa Foods Incorporation dba Casa Corona

Dated: March 5, 2025                                    REDEN | RIDDELL

                                                                 */s/ Justin G. Reden*
                                                                  Justin G. Reden
                                                                  Attorneys for Defendant,
                                                                  Cedar Pointe Investors, LP

**ORDER**

The Parties having so stipulated (Doc. 32) and good cause appearing,

**IT IS HEREBY ORDERED** that the fact discovery cutoff in this matter is hereby EXTENDED to **March 21, 2025**, for the sole purpose of taking the depositions of Defendants' persons most knowledgeable.

IT IS SO ORDERED.

Dated:   **March 11, 2025**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE