Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JOSE ESCOBEDO,

      Plaintiff,

    vs.

CASA CORONA FOODS, INC dba CASA
CORONA, et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:24-cv-00590-SKO

**SECOND STIPULATED REQUEST FOR
MODIFICATION OF SCHEDULING
ORDER; ORDER**

**(Doc. 36)**

      Plaintiff, Jose Escobedo ("Plaintiff"), and Defendants Casa Corona Foods, Inc, Casa Foods Incorporation, and Cedar Pointe Investors, LP ("Defendants"), the parties to this Action, through their respective attorneys of record, hereby stipulate as follows:

      1.    A Scheduling Order was issued in this matter on August 23, 2024 (Dkt. 26), setting, among other dates and deadlines, a fact discovery cutoff of March 14, 2025.

      2.    The Parties previously requested, and the Court granted, a modification of the Scheduling Order whereby the fact discovery cutoff was extended to March 21, 2025 for the sole purpose of taking Defendants' depositions, because Defendants were not available on the originally noticed date of March 12, 2025 (Dkt. 34). Defendants selected a new date of March 21, 2025 for their depositions, and stipulated that the depositions would take place on such date.

SECOND STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER; ORDER

3.    On March 21, 2025, Plaintiff filed a Notice of Settlement as to Defendants Casa Corona Foods, Inc and Casa Foods Incorporation (Dkt. 35).

4.    Landlord Cedar Pointe Investors, LP ("Landlord"), is not available for deposition on March 21, 2025.

5.    Additionally, the Landlord has yet to produce responses to Plaintiff's written discovery requests, consisting of requests for admission, requests for production of documents, and special interrogatories.

6.    The Landlord has agreed to serve complete responses to Plaintiff's written discovery requests no later than March 28, 2025.

7.    Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties jointly request a further modification of the Scheduling Order in this matter issued on August 23, 2024 (Dkt. 26), as modified on March 12, 2025 (Dkt. 34), such that the fact discovery cutoff be extended to April 4, 2025 for the limited purpose of taking the depositions of the Landlord's person(s) most knowledgeable. The Parties stipulate that the Landlord's deposition will take place by Zoom commencing at 9:00 a.m. on April 4, 2025.

8.    Additionally, the Parties stipulate that the Landlord's complete responses to Plaintiff's requests for admission, requests for production of documents, and special interrogatories will be produced by email no later than March 28, 2025. Plaintiff does not waive the right to challenge any objections on the basis of untimeliness.

9.    This limited-purpose extension will not affect other dates or deadlines set by the Scheduling Order.

**IT IS SO STIPULATED.**

Dated: March 21, 2025                    MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Jose Escobedo


SECOND STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER; ORDER

1   Dated: March 21, 2025                    McCORMICK, BARSTOW,
2                                            SHEPPARD, WAYTE & CARRUTH
                                             LLP
3
                                             /s/ David L. Emerzian
4                                            David L. Emerzian
                                             Attorneys for Defendants,
5                                            Casa Corona Foods, Inc. dba Casa Corona
6                                            and Casa Foods Incorporation dba Casa
                                             Corona
7
8   Dated: March 21, 2025                    REDEN | RIDDELL

9                                            /s/ Justin G. Reden
                                             Justin G. Reden
10                                           Attorneys for Defendant,
11                                           Cedar Pointe Investors, LP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER; ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The Parties having so stipulated, (Doc. 36), and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order in this matter issued on August 23, 2024, (Doc. 26), as modified on March 12, 2025, (Doc. 34), is **MODIFIED** to **EXTEND** the fact discovery cutoff to April 4, 2025, for the limited purpose of taking the depositions of the Landlord Cedar Pointe Investors, LP's person(s) most knowledgeable on April 4, 2025.

IT IS SO ORDERED.

Dated:   **March 24, 2025**                    /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

SECOND STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER; ORDER